**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**HAROLD BAILEY,**                          *
      **Plaintiff,**                      *
                                    *
      **v.**                                  *          **Case No. 3:12-cv-017-JJV**
                                      *
**MICHAEL J. ASTRUE, Commissioner,**        *
**Social Security Administration,**         *
      **Defendant.**                      *

**<u>JUDGMENT</u>**


      Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case be DISMISSED with prejudice.

      SO ORDERED this 6th day of March, 2012.

                                       _____

                                       JOE J. VOLPE
                                       UNITED STATES MAGISTRATE JUDGE