## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | | |
|---|---|---|
| HAROLD BAILEY,<br>   Plaintiff, | * <br> * <br> * | |
| v. | * <br> * | Case No. 3:12-cv-017-JJV |
| MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br>   Defendant. | * <br> * <br> * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED with prejudice.

SO ORDERED this 6th day of March, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE